# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES

Judge:   BRIAN R. MARTINOTTI         Date:   01/13/2023
Court Reporter:   Tammera Witte        Docket No: 2:20-185-06

<u>Title of the Case</u>:

UNITED STATES OF AMERICA
v.

ZIKEME BROOKS

<u>Appearances</u>:

Francesca Liquori, AUSA
Kristen Santillo, Attorney for Defendant

<u>Nature of Proceedings</u>:
Defendant present & sworn
Covid Order fld.
SENTENCE: 41Months
SUPERVISED RELEASE: 3 years
Special Assessment: $100 (due immediately)
Special Conditions:
- Drug Testing and Treatment
- Consent to Search
- No Gangs
- Life Skills/Education
- Mental Health Treatment
- DMV Compliance
- Support Dependents

Fine:   WAIVED
Defendant was advised of his right to appeal.
Recommendation to BOP:
- a facility for service of this sentence as near as possible to defendant's home address
- RDAP

Court ordered defendant to voluntarily surrender on a date to be determined by the BOP
Hearing on Govt's application to Dismiss Count 1s. Court ordered application granted.

            Lissette Rodriguez, Courtroom Deputy
            to the Hon. Brian R. Martinotti

Commenced: 10:00 am
Concluded:   11:00 am